UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD PHILLIPS,

                  Plaintiff,

         -v-

EMILIO'S PIZZA, *et al.*,

                  Defendant.

17-CV-6112 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On October 12, 2018, the Court granted Plaintiff leave to file an amended complaint. (Dkt. No. 26.)  Plaintiff has yet to file an amended complaint.

    If Plaintiff intends to continue to prosecute this action, Plaintiff is directed to file an amended complaint on or before November 16, 2018.  If Plaintiff fails to file an amended complaint on or before November 16, 2018, this action may be dismissed for failure to prosecute.

    SO ORDERED.

Dated: November 6, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge